# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HSBC BANK USA, N.A. AS INDENTURE TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-3, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-3472 |
| THELMA VILLARREAL, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 12). The motion is granted. The initial pretrial and scheduling conference is reset to **June 19, 2017, at 2:00** p.m**.** The joint discovery/case management plan is due by June 9, 2017.

SIGNED on May 2, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge